IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EARNEST CLARK, JR., | § | |
| TDCJ-CID NO.322149, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-06-3352 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is

DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 29th day of May, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE